CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT - 1 2012
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 7:02-cr-00001-1** |
| | ) | |
| **v.** | ) | **§ 2255 ORDER** |
| | ) | |
| **RICKY LYNN KASEY,** | ) | **By:** **Hon. Jackson L. Kiser** |
| **Petitioner.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2255 Proceedings; a certificate of

appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to petitioner and counsel of record for the United States.

**ENTER:** This 1st day of October, 2012.

Senior United States District Judge